O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO FARIAS NAVARRO,<br><br>                    Petitioner,<br><br>          vs.<br><br>JOHN MARSHALL, WARDEN,<br><br>                    Respondent. | CASE NO. SA CV 08-00429 JFW (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: 11/18/08

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE