O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO FARIAS NAVARRO,<br><br>   Petitioner,<br><br>  vs.<br><br>JOHN MARSHALL, WARDEN,<br><br>   Respondent. | CASE NO. SA CV 08-00429 JFW (RZ)<br><br>JUDGMENT |

  This matter came before the Court on the Petition of RICARDO FARIAS NAVARRO, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

  IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 11/18/08

           /s/ John F. Walter
           JOHN F. WALTER
           UNITED STATES DISTRICT JUDGE